No. 86–1983. TEAL *v.* BUCKNER ET UX. Ct. App. Tenn. Certiorari denied.

No. 86–1984. EIDAL INTERNATIONAL CORP. *v.* GARCIA ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–1988. TORRES *v.* STATE BOARD OF LAW EXAMINERS OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 86–1989. DRAINE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–1991. CHUCK'S FEED & SEED CO., INC. *v.* RALSTON PURINA CO. C. A. 4th Cir. Certiorari denied.

No. 86–1993. HICKS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–1994. VERDEGAAL BROTHERS, INC., ET AL. *v.* UNION OIL COMPANY OF CALIFORNIA ET AL. C. A. Fed. Cir. Certiorari denied.

No. 86–1995. FONDEL *v.* FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1996. ILLINOIS *v.* KAIL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 86–1997. ROUSSEAU ET AL. *v.* TELEDYNE MOVIBLE OFF-SHORE, INC. C. A. 5th Cir. Certiorari denied.

No. 86–1999. MURPHY *v.* DANAHER, CHEMUNG COUNTY JUDGE, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 86–2001. KIRKSEY ET AL. *v.* WASHINGTON. C. A. 11th Cir. Certiorari denied.

No. 86–2002. CITY OF LONG BEACH ET AL. *v.* AIRCAL INC. ET AL. C. A. 9th Cir. Certiorari denied.